UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>THE SMITH COMPANY, INC., a California corporation; and GERARD J. KEARNEY, an individual<br><br>Defendants. | Case No. CV12-09317 RGK (JCGx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Honorable Judge R. Gary Klausner<br>Complaint Filed: October 30, 2012<br>Trial Date: None |

JJK/ldt/0925.136(G).wpd
[Proposed] Judgement                                Case No.: CV12-09317 RGK (JCGx)

1  IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs BOARD OF
2  TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST,
3  BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD
4  WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON
5  WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE
6  CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND
7  JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE
8  CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST
9  FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON
10 WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE
11 CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT
12 COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE
13 IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF
14 TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE
15 ACTION COOPERATIVE TRUST shall recover from Defendants THE SMITH
16 COMPANY, INC., a California corporation, and GERARD J. KEARNEY, an
17 individual, the sum of:

| | | |
|---|---|---|
| 18 | Principal: | $109,808.17 |
| 19 | Interest: | $ 31,130.91 |
| 20 | Attorney Fees: | $ 10,850.00 |
| 21 | Costs: | $     583.45 |
| 22 | **Total:** | **$152,372.53** |

24  Judgment is entered this 23rd day of March, 2015.

26  Dated: 3/23/15

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

- 2 -

[Proposed] Judgement                                         Case No.: CV12-09317 RGK (JCGx)