# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST<br><br>        Plaintiffs,<br><br>v. | Case No. CV12-09317 RGK (JCGx)<br><br>**RENEWAL OF JUDGMENT** |

| | | |
|---|---|---|
| 1 | THE SMITH COMPANY, INC., a California corporation; and GERARD J. KEARNEY | ) ) ) ) ) ) ) |
| 2 | | |
| 3 | Defendant. | |
| 4 | | |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on March 23, 2015, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, shall have a Renewal of Judgment against Judgment Debtor THE SMITH COMPANY, INC. and GERARD J. KEARNEY

Renewal of money judgment against THE SMITH COMPANY, INC. and GERARD J. KEARNEY:

| | | |
|---|---|---:|
| a. | Total Judgment | $152,372.53 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $152,372.53 |
| d. | Credits after Judgment | $0.00 |

|   |   |   |   |
|---|---|---|---|
| e. | Subtotal (d. from c.) | | $152,372.53 |
| f. | Interest after Judgment computed from February 17, 2015 through February 1, 2025 at 0.24%, accruing at $.54 per day | | $3,800.16 |
| g. | Fee for filing renewal application | | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | | $156,172.69 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: 3/12/2025             Clerk, by _____, Deputy

B. Moss , Deputy Clerk